UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ALONZO CHEEK,

                             Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, WILLIAM DUGAN, EMANUEL
VIZZOTTI, AND MICHAEL KOBUS in their individual
capacities,

                             Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15CV07132

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
    Dec. 8 , 2016

| | |
|---|---|
| RANKIN & TAYLOR PLLC<br>*Attorneys for Plaintiff*<br>11 Park Place Suite 914<br>New York, NY 10007 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Dugan, Vizzotti, and Kobus*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>David Rankin<br>*Attorney for Plaintiff* | By: _____<br>Linda Mindrutiu<br>*Assistant Corporation Counsel* |

SO ORDERED:

    s/Roslynn R. Mauskopf
_____
HON. ROSLYNN R MAUSKOPF
UNITED STATES DISTRICT JUDGE

Dated: Dec. 19 , 2016